■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLISON CONNELL, Appellant. [815 NYS2d 488]—Appeal by the defendant from a judgment of the County Court, Nassau County (Berkowitz, J.), rendered June 4, 2004, convicting her of grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.05 [5]).

The defendant's contention that she was denied the effective assistance of counsel is without merit (*see People v Benevento,* 91 NY2d 708, 712 [1998]; *People v Baldi,* 54 NY2d 137 [1981]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit (*see People v Albert,* 85 NY2d 851 [1995]; *People v Daddona,* 81 NY2d 990, 992 [1993]; *People v Ray,* 65 NY2d 282, 286 [1985]; *People v Lewis,* 273 AD2d 254 [2000]). Adams, J.P., Santucci, Goldstein and Fisher, JJ., concur.